JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
2-16-2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PG___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAM STRINGER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; NSMG SHARED SERVICES, LLC GROUP DISABILITY INSURANCE PLAN; AND DOES 1 THROUGH 10<br><br>　　　　　Defendants. | Case No.: 2:23−cv−00237 SPG (AFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

— 1 —

## ORDER

The court, having considered the parties Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled action dismissed with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 16, 2024

_____
Hon. Sherilyn Peace Garnett
UNITED STATES DISTRICT JUDGE